UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAIWON A. ROBBINS,

                        Plaintiff,

against

THE CITY OF NEW YORK, et al.

                        Defendants.

CIVIL ACTION NO.: 19 Civ. 2783 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The Court conducted an initial conference today, November 22, 2019. Discovery will remain stayed until **Monday, January 27, 2020** to allow the Department of Corrections to complete its internal investigation and the New York City Law Department to determine whether to represent or commence disciplinary charges against the officers involved in the alleged incident.

This action is scheduled for a Status Conference, via telephone, on **Monday, January 27, 2020** at **10:00 am**.

It is hereby **ORDERED** that the Warden or other official in charge of the Altona Correctional Facility produce Plaintiff **Saiwon A. Robinson**, Inmate no. 19A3153, on **Monday, January 27, 2020**, no later than 10:00 am (15 min. in advance), to a suitable location within Altona Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and Defendants' counsel. If the scheduled date and time for the conference presents a hardship, the Warden or the Warden's designee should promptly inform the Court by calling (212) 805-0214.

It is further **ORDERED** that Defendants' counsel must: (1) transmit this order to the Warden immediately; (2) contact Altona Correctional Facility to arrange the telephone call and determine the number at which Plaintiff will be reachable at the scheduled date and time; and (3) telephone Chambers at (212) 805-0214 with Plaintiff on the line at the date and time of the conference. All counsel who intend to speak during the call must use a landline or phone with equivalent quality.

The Clerk of the Court is respectfully directed to mail a copy of this order to Plaintiff at the below address.

Dated: New York, New York
November 22, 2019

SO ORDERED

*Sarah L. Cave*
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail to: Saiwon A. Robbins
#19A3153
Altona C.F.
555 Devils Den Rd.
P.O. Box 3000
Altona, NY 12910