```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
SAIWON ROBBINS,

                Plaintiff,

     -against-

NEW YORK CITY DEPARTMENT OF
CORRECTIONS, ET AL,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/27/2020

19 Civ. 2783 (AT) (SLC)

**ORDER**

ANALISA TORRES, District Judge:

    On April 22, 2020, Plaintiff sent a letter to the Court seeking to reopen this action.  ECF No. 52.  It is ORDERED that Defendant shall respond to Plaintiff's letter by **June 10, 2020.**

    SO ORDERED.

Dated: May 27, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge