UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAIWON ROBBINS,

                Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF
CORRECTIONS, ET AL,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/11/2020___

19 Civ. 2783 (AT) (SLC)

**ORDER**

ANALISA TORRES, District Judge:

      On April 22, 2020, Plaintiff sent a letter to the Court requesting that the Court reopen this action on the ground that a settlement had not been consummated. ECF No. 52. Because of delays in processing filings during the COVD-19 pandemic, that letter was not docketed until May 27, 2020. On June 10, 2020, Defendant responded to Plaintiff's letter, and Defendant's counsel represented that in the intervening time, the parties had spoken by telephone and agreed to proceed with the agreed-upon settlement. ECF No. 54.

      Accordingly, Plaintiff's request to reopen the case is DENIED.

      SO ORDERED.

Dated: June 11, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge